THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS KIPNIS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK GREENAPPLE, Appellant.

Argued May 18, 1950; decided July 11, 1950.

*Irving Galt, Menahem Stim* and *Allen S. Stim* for appellants.

*Miles F. McDonald, District Attorney (Aaron Nussbaum* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.